HARBOTTLE LAW GROUP
S. Daniel Harbottle (State Bar No. 156442)
*dharbottle@harbottlelaw.com*
Sydney J. Blaauw (State Bar No. 293331)
*sblaauw@harbottlelaw.com*
18401 Von Karman Avenue, Suite 200
Irvine, California 92612
Telephone: 949.428.8780
Facsimile: 949.428.8779

Attorneys for Defendant
MURRIETA VALLEY UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.R., a minor child, by and through her parent, MARY REAGAN; and MARY REAGAN, parent,<br><br>Plaintiffs,<br><br>v.<br><br>MURRIETA VALLEY UNIFIED SCHOOL DISTRICT, and DOES 1 through 50,<br><br>Defendant(s). | Case No.: 5:18-cv-01947-MWF-SHK<br><br>Judge: Hon. Michael W. Fitzgerald<br>Magistrate Judge: Hon. Shashi H. Kewalramani<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 12, 2018<br>Trial Date: December 10, 2019<br><br>*[Filed concurrently with: Joint Stipulation and Request for Order of Dismissal with Prejudice* |

1     The Court, upon stipulation by the Parties, hereby Orders that this civil case is
2 hereby dismissed in its entirety WITH PREJUDICE.
3     IT IS SO ORDERED.

5 DATED: October 4, 201

                                      Hon. Michael W. Fitzgerald
                                      United States District Court Judge